UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERCEDEZ DANIELS,

      Plaintiff,

v.

      Case No. 23-cv-12653

      HON. MARK A. GOLDSMITH

TOUCHPOINT SUPPORT SERVICES, INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal. The case is now closed.

SO ORDERED.

Dated: April 23, 2025　　　　　　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge